**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAMP EMUNAH, INC., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 3:21-cv-01501 |
| FAMILY CAMP GROUP, LLC, | ) |
| | ) |
| Defendant(s)/ | ) |
| Third-Party Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| Third-Party Defendant(s). | ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff,
(type of party)
who is Camp Emunah, Inc. , makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

    ☑ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

National Committee for Furtherance of Jewish Education, a 501(c)(3) located at 824 Eastern Parkway Brooklyn, NY 11213.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

No such corporation

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Charles E. Schaffer
Signature of Counsel for Party

Date: September 3, 2021