AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-CV-01501-MEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Family Camp Group, LLC___

was received by me on *(date)* ___09/01/2021___.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Mr. Galeth___ , who is
designated by law to accept service of process on behalf of *(name of organization)* ___Family Camp Group___
___a/k/a Ticap___ on *(date)* ___9/9/2021___ ; or
at 1:35 Pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___9/28/21___

_____
Server's signature

___Brien Duffy___
Printed name and title

Dennis Richman's Services
4 Neshaminy Interplex Dr., Suite 108
Trevose, PA 19053
*Server's address*

Additional information regarding attempted service, etc:

P191283