UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT : CV-21-1501

## PETITION

I, _Benjamin Zakarin_, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: _The Sulzer Law Group_
_270 Madison Ave. Ste. 1800_
_New York NY 10016_

Office Telephone: _845-483-7100_

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

_New York - 7/17/2015_
_New Jersey - 11/3/2014_
_District of Columbia - 10/5/2015_

My attorney Identification number is: _5344478_

---

**FOR COURT USE ONLY**

___ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

✗ SPECIAL ADMISSION:

GRANTED BY THE COURT _Malachy E M_  Date: _10/19/21_