# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : CV-21-1501
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, Joseph Lipari, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: The Sultzer Law Group
270 Madison Avenue Ste 1800
New York NY 10016

Office Telephone: 917-444-1960

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of New Jersey - 12/6/2002
State of New York - 10/26/2004
State of Pennsylvania - 1/25/2012

My attorney Identification number is: 425 3183

| FOR COURT USE ONLY |
| --- |
| _____ GENERAL ADMISSION: |
| GRANTED BY THE COURT: _____ Date: _____ |
| ✓ SPECIAL ADMISSION: |
| GRANTED BY THE COURT [signature] Date: 10/19/21 |